**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6869

NATHANIEL L. GAITHER, a/k/a Nathaniel Gaither,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Richard Mark Gergel, District
Judge.  (5:13-cv-00108-RMG)

Submitted:  October 31, 2014      Decided:  November 6, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel L. Gaither, Appellant Pro Se.  Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel L. Gaither appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment for the Government on his claims under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaither v. United States, No. 5:13-cv-00108-RMG (D.S.C. May 22, 2014). We deny Gaither's motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED